

420 Le[...]
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

May 14, 2021

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: Nisbett v. Echo Lake Industries Ltd., 1:21-cv-1876 (AJN)

Dear Judge Nathan:

This firm represents the Plaintiff in this website accessibility case. We submit this letter motion, on behalf of all parties, to respectfully request that the May 21, 2021, 3:15 p.m., Initial Pretrial Conference be adjourned for 30 days.

The parties make this request because we are actively engaged in settlement talks that will likely resolve this matter and adjourning the conference will help to conserve the Court's valuable resources. This is the first request to adjourn this conference, which, if granted, would not affect any other dates or deadlines, besides the deadline to submit the proposed case management plan.

We appreciate the Court's attention to this submission and we are available to answer any questions.

> The initial pretrial conference scheduled for May 21, 2021, is adjourned to June 25, 2021, at 3:15 p.m. The parties shall file their joint letter and proposed case management plan at least seven days before the conference. SO ORDERED.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
5/17/2021

CC: Ryan T. Benson (Via ECF)